**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
KENNETH KNANISHU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KENNETH KNANISHU,<br><br>            Defendant | Case No. CR-S-05-105-WBS<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

The defendant, Kenneth Knanishu, by and through his current Attorney of Record, Kathleen McCasey, hereby substitutes Johnny L. Griffin III, and the Law Offices of Johnny L. Griffin, 1010 F Street, Suite 200, Sacramento, CA 95814, as his Attorney of Record in place and stead of Kathleen McCasey.

Dated: July 19, 2005          /s/ Kathleen McCasey
                              Kathleen McCasey

                              Attorney at Law

///

///

Dated: July 14, 2005     /s/ Kenneth Knanishu
                                      KENNETH KNANISHU
                                      Defendant

Dated: July 20, 2005     /s/ Johnny L. Griffin, III
                                      JOHNNY L. GRIFFIN, III

                                      Attorney at Law


**IT IS SO ORDERED.**


Dated:  July 28, 2005

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE