**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
KENNETH KNANISHU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-05-0105 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | |
| KENNETH KNANISHU ) | Date: November 9, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | |
| ) | Honorable William B. Shubb |

The United States of America, by and through Assistant U.S. Attorney Laurel White, and Defendant, KENNETH KNANISHU, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status case in the above captioned case from November 9, 2005 to November 30, 2005 at 9:00 a.m.[1] The parties agree and stipulate that time be excluded from November 9, 2005 to November 30, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that November 30, 2005 at 9:00 a.m. is an available date and time for sentencing on this matter

U.S. v. Knanishu
CR No. S-05-0105 WBS
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1 | Dated: _____          Respectfully submitted,

2 |                                  /s/ Laurel White
                                    LAUREL WHITE[2]
3 |                                 Assistant U.S. Attorney

4 |

5 | Dated: _____            /s/ Johnny L. Griffin, III
                                    JOHNNY L. GRIFFIN, III
6 |                                 Attorney for Defendant
                                    KENNETH KNANISHU
7 |

8 |

   **IT IS SO ORDERED.**

9 |

10 |

11 | Dated: November 8, 2005       /s/ Lawrence K. Karlton for
                                    HON. WILLIAM B. SHUBB
12 |                                Senior, United States District Judge

---

[2] Assistant United States Attorney Laurel White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Knanishu
CR No.  S-05-0105 WBS
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814