**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
KENNETH KNANISHU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KENNETH KNANISHU, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR-S-05-105-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date: November 30, 2005 <br> Time: 9:00 a.m. <br><br> Honorable William B. Shubb |

The United States of America, by and through Assistant U.S. Attorney Laurel White, and Defendant KENNETH KNANISHU, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from November 30, 2005 at 9:00 a.m. to December 7, 2005 at 9:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from November 30, 2005 to December 7, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

---

1. The parties have been advised by this Court's Clerk December 7, 2005 at 9:00 a.m. is an available date and time for a status conference in this matter.

U.S. v. Knanishu
CR-S-05-105-WBS
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 29, 2005            Respectfully submitted,

   /s/ Laurel White
LAUREL WHITE[2]
Assistant U.S. Attorney

Dated: November 29, 2005              /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for KENNETH KNANISHU

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: November 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Laurel White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Knanishu
CR-S-05-105-WBS
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com