1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   KENNETH KNANISHU
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR.S-05-00105 WBS |
| | ) | |
| v. | ) | WAIVER OF |
| | ) | DEFENDANT'S PRESENCE |
| KENNETH KNANISHU | ) | |
| Defendant. | ) | |

Defendant Kenneth Knanishu hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the court to proceed is his absence which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Dwight M. Samuel, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without defendant being present.

1  DATED: June 14, 2006

2

3                                  _____/s/_____
                                   KENNETH KNANISHU
4

   APPROVED: June 14, 2006
5

6                                  _____/s/_____
                                   DWIGHT M. SAMUEL
7                                  Attorney for Defendant
                                   Kenneth Knanishu
8

9  APPROVED:   June 20, 2006

10

11                                 _____
                                   WILLIAM B. SHUBB
12                                 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28