McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH KNANISHU,<br><br>    Defendant. | CR. S-05-00105-WBS<br><br>PROPOSED ORDER AND STIPULATION TO CONTINUE STATUS CONFERENCE DATE.<br><br>Date: September 27, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

    Defendant Kenneth Knanishu, through his undersigned counsel, Dwight M. Samuel, and the United States of America, through Assistant U.S. Attorney Laurel D. White, agree that the Status Conference set for September 13, 2006 at 9:00 a.m., should be continued to September 27, 2006 at 9 a.m. The reason for the continuance is because defense attorney Dwight M. Samuel is in trial in state court and will not be available for the September 13, 2006 hearing. Mr. Samuel also has indicated he intends to file an appeal to the District Court, of Magistrate Judge Mueller's July 24, 2006 denial of defendant's request for release on bail, and that he has not had sufficient time to do so because of his trial schedule.

///
///
///
///

The parties agree and ask that time under the Speedy Trial Act be excluded pursuant to local code T-4, from September 13, 2006, through and including September 27, 2006, due to defense counsel's unavailability and need to prepare.

DATED: September 13, 2006            McGREGOR W. SCOTT
                                     United States Attorney


                                     By:  //s// Laurel D. White
                                          LAUREL D. WHITE
                                          Assistant U.S. Attorney


                                     By:  //s// Dwight M. Samuel
                                          DWIGHT M. SAMUEL
                                          Attorney for Kenneth Knanishu


## ORDER

Based on the above-stipulation of counsel and good cause appearing, the status conference in the above-entitled case shall be continued from September 13, 2006 to September 27, 2006. Further, time under the Speedy Trial Act shall be excluded from September 13, 2006 through September 27, 2006, pursuant to Local Code T-4, due to the unavailability of defense counsel and his need to prepare.

IT IS SO ORDERED.


Date: September 16, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE