1  DWIGHT M. SAMUEL (CA BAR# 054486)
   A PROFESSIONAL CORPORATION
2  117 J Street, Suite 202
   Sacramento, California 95814
3  916-447-1193

4  Attorney for Defendant
   KENNETH KNANISHU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR. S05-105 WBS |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | |
| KENNETH KNANISHU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Through the court's minute order the status conference set for October 18, 2006 at 9:00 am is continued to October 25, 2006 at 9:00 a.m.

Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Laurel White, agree that the court should find excludable time from the date of the last proceeding, pursuant to local rule T-2.

Respectfully submitted,


DATED: October 3, 2006      /S/_____
                            DWIGHT M. SAMUEL
                            Attorney for Defendant
                            Kenneth Knanishu

1

DATED: October 3, 2006

          /S/_____
Laurel White
Assistant United States Attorney
(Signed per Telephonic authorization)

## ORDER

The court has not yet found this case to be complex within the meaning of Local Code T2. If the parties wish the court to find excludable time pursuant to Local Code T4, the court will consider such a request if submitted along with the factual basis for such a finding.

DATED:  October 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE