**FILED**
October 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:05-cr-105 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Kenneth Knanishu, ) | |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KennethKnanishu   Case 2:05-cr-105 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

_X_  $50,000 Unsecured bond, to be co-signed

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

_X_  (Other) PTS conditions/supervision; 3rd party custody

Issued at Sacramento, CA  on 10/30/06  at 3:47 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge