```
McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-105-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | CONTINUING TRIAL CONFIRMATION |
| v. ) | HEARING AND TRIAL DATES, AND |
| ) | EXCLUDING TIME. |
| ) | |
| KENNETH KNANISHU, ) | |
|     aka Ken Kanash, ) | |
| ) | |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____) | |

      This case is currently scheduled for a trial confirmation hearing on April 16, 2007 and a trial on April 24, 2007.  The attorneys for both parties have conferred and agree that the trial date should be moved two weeks in order to accommodate this court's current trial schedule and the continuance of the defendant's state court trial.

      This court is scheduled to commence a jury trial in the matter of <u>United States v. Luong, et. al</u>, Cr.S-99-433-WBS on April 17, 2007.  Assistant U.S. Attorney William Wong is the prosecutor in the <u>Luong</u> matter, and has informed AUSA Laurel White that he expects his trial will last two to three weeks.  AUSA Wong indicated he

1 would likely be done with his trial by May 8, 2007.

2     Additionally, Sacramento County Deputy District Attorney Rachelle Hao, has informed AUSA White that the state molestation trial of defendant Kenneth Knanishu, was continued yet again, and is now scheduled to begin on April 11, 2007.  Ms. Hao indicated she doubted her trial would be done in time for Knanishu's federal case to begin on April 24th but thought the state case would be done by May 8th.  On March 19, 2007, Assistant U.S. Attorney White contacted the Court's deputy clerk, Karen Kirksey Smith who reported that the May 8, 2007 date would likely be available for Mr. Knanishu's jury trial. Therefore, the parties respectfully request that the trial date be continued to May 8th.

    The parties further agree that an exclusion of time under the Speedy Trial At is appropriate due to the pendency of the state court trial and the need for Mr. Samuel to represent the defendant in his state case.  The parties stipulate that the time period from April 24, 2007, through May 8, 2007, should be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(1)(D), due to the pendency of defendant's state case.

Dated: March 23, 2007    Respectfully submitted,

/s/ Laurel D. White
LAUREL D. WHITE
Assistant U.S. Attorney


/s/ Laurel D. White for Dwight M. Samuel
DWIGHT SAMUEL
Counsel for Kenneth Knanishu

```
McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. Cr. S-05-0105-WBS |
| ) | |
| Plaintiff, ) | ORDER CONTINUING TRIAL |
| ) | CONFIRMATION HEARING AND JURY |
| v. ) | TRIAL DATES, AND EXCLUDING TIME. |
| ) | |
| KENNETH KNANISHU, ) | |
| aka Ken Kanash, ) | |
| ) | |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____) | |

### ORDER

For the reasons set forth in the stipulation of the parties, filed on March 21, 2007, IT IS HEREBY ORDERED THAT: the trial confirmation hearing currently scheduled for April 16, 2007, and the trial date of April 24, 2007, are vacated, and that a new jury trial shall be set for May 8, 2007.  A trial confirmation hearing shall be held on April 30, 2007 at 8:30 a.m.

///

///

///

1    The court further orders that time under the Speedy Trial Act
2 shall be excluded from April 24, 2007, through May 8, 2007, pursuant
3 to 18 U.S.C. § 3161 (h)(1)(D), due to the scheduled trial of the
4 defendant in state court.
5 Dated: March 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE