UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. -05-105 WBS |
| v. | ) | |
| | ) | |
| Kenneth Knanishu | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum      (**X**) Ad Testificandum

Name of Detainee: **David Ray Kelly**
Detained at (custodian)**:**     **FCI Forrest City**
                           **Federal Correctional Institution**

Detainee is:    a.)    ( ) charged in this district by:    ( ) Indictment    ( ) Information    ( ) Complaint
                                  charging detainee with: _____
        or    b.)    (**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
        or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                          currently being served at the detaining facility

*Appearance is necessary on May 8, 2007 at 8:30 a.m. in the Eastern District of California* **for a federal trial U.S. v. Knanishu CR-05-105 WBS**

                   Signature:                  /s/ Laurel D. White
                   Printed Name & Phone No:     Laurel D. White (916) 554-2780
                   Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
    ( ) Ad Prosequendum      (X) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on May 8, 2007**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 29, 2007.

                                                  _____
                                                  United States Magistrate Judge

_____
Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | |
| Booking or CDC #: | 57141-019 | DOB: | Unknown |
| Facility Address: | P.O Box 9000 | Race: | White |
| | Forrest City, AR 72336 | FBI# | |

Facility Phone:                870-630-6000
Currently Incarcerated For:    _____

_____
### RETURN OF SERVICE

Executed on    _____          By:   _____
                                                                          (Signature)