```
McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENNETH KNANISHU, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | CR. S-05-00105-WBS <br><br> GOVERNMENT'S EXPARTE MOTION TO DISCLOSE GRAND JURY TESTIMONY TO DEFENDANT AND COURT. <br><br> DATE: May 8, 2007 <br> TIME: 9 a.m. <br> JUDGE: William B. Shubb |

The government hereby respectfully requests that this court order the disclosure of grand jury testimony of Special Agent Chad Coulter to the defendant, his counsel and the court. Agent Coulter will be testifying during the trial of the defendant. Agent Coulter was the case agent who presented the case to the grand jury.

Date: April 11, 2007                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                        By //s// Laurel D. White
                                           LAUREL D. WHITE
                                           Assistant U.S. Attorney

1

1  **ORDER**

2  Upon Application of the United States of America and good cause
3  having been shown,
4     IT IS HEREBY ORDERED that the transcript of the Grand Jury
5  testimony of FBI Special Agent Chad Coulter be disclosed to the
6  defendant, his counsel and the court.
7  **IT IS SO ORDERED.**
8  April 17, 2007

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE