

**FILED**

UNITED STATES OF AMERICA )
)                                    CR. -05-105 WBS
v. )
)
Kenneth Knanishu )

JUN - 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                    () Ad Testificandum

Name of Detainee: **Kenneth Knanishu**
Detained at (custodian):        **Sacramento County Main Jail**

| Detainee is: | | a.) | (X) charged in this district by:  (X) Indictment () Information  () Complaint charging detainee with: **18 U.S.C. § 2252** |
| | or | b.) | () a witness not otherwise available by ordinary process of the Court |

| Detainee will: | | a.) | (X) return to the custody of detaining facility upon termination of proceedings |
| | or | b.) | () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on June 11, 2007 at 8:30 a.m. before Honorable William B. Shubb in the Eastern District of California* for a **Hearing.**

Signature:                         /s/ Laurel D. White
Printed Name & Phone No:           Laurel D. White (916) 554-2780
Attorney of Record for:            United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 11, 2007**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: **6/5/2007**

United States District/~~Magistrate~~ Judge

---

Please provide the following, if known:

| AKA(s) (if applicable): | Kenneth Kanash | Male |
| Booking or CDC #: | 09180191 | DOB:  1929 |
| Facility Address: | 651 "I" Street | Race:  Unknown |
| | Sacramento, CA 95814 | X-Reference# X-2865511 |

Facility Phone:            916-874-6752
Currently Incarcerated For:

---

**RETURN OF SERVICE**

Executed on _____        By: _____
                                            (Signature)