UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR. -05-105 WBS
v. )
)
Kenneth Knanishu )

**FILED**
JUL 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum

**Name of Detainee: Kenneth Knanishu**
Detained at (custodian):    **Sacramento County Main Jail**

Detainee is:
a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
    charging detainee with: **18 U.S.C. § 2252**
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on July 23, 2007 at 8:30 a.m. before Honorable William B. Shubb in the Eastern District of California* **for a Hearing.**

Signature:    /s/ Laurel D. White
Printed Name & Phone No:    Laurel D. White (916) 554-2780
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on July 23, 2007**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/10/2007

_____
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    Kenneth Kanash        Male
Booking or CDC #:    09180191        DOB: 1929
Facility Address:    651 "I" Street        Race: Unknown
   Sacramento, CA 95814        X-Reference# X-2865511

Facility Phone:    916-874-6752
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____     By: _____
                                           (Signature)