UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR. -05-105 WBS
v. )
)
Kenneth Knanishu )

**FILED**
JUL 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum          (X) Ad Testificandum

**Name of Detainee: David Ray Kelly**

Detained at (custodian):     **FCI Forrest City**
                             **Federal Correctional Institution**

Detainee is:     a.)   ( ) charged in this district by:   ( ) Indictment   ( ) Information   ( ) Complaint
                       charging detainee with: _____
         or      b.)   (X) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
         or      b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                       currently being served at the detaining facility

*Appearance is necessary on August 7, 2007 at 8:30 a.m. in the Eastern District of California* for a federal trial U.S. v. Knanishu CR-05-105 WBS

Signature:              /s/ Laurel D. White
Printed Name & Phone No:   Laurel D. White (916) 554-2780
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum          (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on August 3, 2007**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/10/2007

_____
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    _____        Male
Booking or CDC #:          57141-019                      DOB:   Unknown
Facility Address:          P.O Box 9000                   Race:  White
                           Forrest City, AR 72336         FBI#

Facility Phone:            870-630-6000
Currently Incarcerated For: _____

---

**RETURN OF SERVICE**

Executed on _____ - _____   By: _____
                                                  (Signature)