```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2780
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  CR. S-05-00105-WBS
                               )
12                             )
              Plaintiff,       )
13       v.                    )  STIPULATION FOR FINDING OF
                               )  EXCLUDABLE TIME UNDER THE SPEEDY
14                             )  TRIAL ACT AND PROPOSED ORDER.
    KENNETH KNANISHU,          )
15                             )
                               )
16            Defendant.       )
```

17      This case was before the Court on July 9, 2007, for status
18 conference and trial confirmation.  The defendant was not
19 present, but was represented by counsel, J. Toney.  The United
20 States was represented by Assistant U.S. Attorney Laurel D.
21 White.

22      At the status conference Mr. Toney informed the court that
23 he would confirm for trial to commence on August 7, 2007, but
24 informed the Court there was a chance the case might still
25 resolve by way of a guilty plea.  He asked that the Court set the
26 case on the next date the Court was available, July 23, 2007.
27 The government agreed.
28

1

1     At the time of the status conference, neither party
2 requested a finding of excludable time, however, because
3 defendant's counsel is new to this case, having been appointed on
4 June 11, 2007, and requires time to meet with the defendant about
5 a possible resolution, and in the alternative prepare for trial,
6 a finding of excludable time to the July 23, 2007 status
7 conference time is requested.
8     Therefore, the parties agree and ask that time under the
9 Speedy Trial Act be excluded pursuant to local code T-4, from
10 July 9, 2007, through and including July 23, 2007, due to defense
11 counsel's need to prepare.
12 DATED:   July 11, 2007          McGREGOR W. SCOTT
                                     United States Attorney

                                By:   //s// Laurel D. White
                                    LAUREL D. WHITE
                                    Assistant U.S. Attorney


                              By:   //s// J. Toney
                                    J. TONEY
                                    Attorney for Kenneth Knanishu

1
2                           **ORDER**

3       Based on the above-stipulation of counsel and good
4 cause appearing, time under the Speedy Trial Act shall be
5 excluded from July 9, 2007, through July 23, 2007, pursuant to
6 Local Code T-4, due to defense counsel's need to prepare.
7       IT IS SO ORDERED.
8       Date:  July 11, 2007

                              _____
10                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE