UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH KNANISHU,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

CV. No. 2:12-02479 WBS
CR. No. 2:05-00105 WBS

ORDER

----oo0oo----

       On October 1, 2012, petitioner Kenneth Knanishu filed a motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than November 5, 2012. Petitioner may then file a reply no later than November 19, 2012. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

       IT IS SO ORDERED.

DATED: October 4, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1