IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KNANISHU,<br><br>        Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CV. No. 2:12-02479 WBS<br>CR. No. 2:05-00105 WBS<br><br>ORDER RE MOTION FOR SECOND<br>EXTENSION OF TIME TO RESPOND |

    The Government's Motion for Extension of Time is granted.  The United States shall file an opposition to petitioner's motion on or before February 17, 2013.

    IT IS SO ORDERED.

DATED: January 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6