UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH KNANISHU,

        Petitioner,                  CV. No. 2:12-2479 WBS
                                     CR. No. 2:05-0105 WBS

   v.                            ORDER FOR APPOINTMENT OF COUNSEL

UNITED STATES OF AMERICA,

        Respondent.
_____/

----oo0oo----

        On October 1, 2012, petitioner filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On October 4, 2012, the court ordered the United States to file an opposition to the motion no later than November 5, 2012.  After several extensions of time, the United States filed its response to the petition on February 17, 2013, urging the court to summarily deny the petition.  Upon consideration of the government's response, the court has determined that it would be better informed if petitioner were represented by counsel and that it would accordingly be appropriate to have counsel appointed to represent petitioner in this matter.

        The Federal Defender is therefore ordered to arrange

1

for the appointment of counsel to represent petitioner in connection with his § 2255 petition.  Counsel shall file a reply to the government's response within 30 days from the date of this Order.  If an extension of time to file the reply is deemed necessary, counsel may request a reasonable extension in writing. Upon receipt of the reply, the court will take the matter under submission.

    IT IS SO ORDERED.

DATED: March 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE