Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Kenneth Knanishu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr.S. 05-105 WBS |
|---|---|
| Plaintiff, | DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF |
| v. | |
| KENNETH KNANISHU, | |
| Defendant. | |

Defendant KENNETH KNANISHU, by and through counsel Krista Hart, hereby requests an extension of time up to and including May 28, 2013, to file the Reply Brief. The request is based on the reasons set forth in counsel's declaration.

Mr. Knanishu pleaded guilty pursuant to a plea agreement and on October 15, 2007, the Court sentenced Mr. Knanishu to 60 months in prison. (Docs 87 & 88) On October 1, 2012, Mr. Knanishu filed a motion pursuant to 28 U.S.C. § 2255. (Doc 94) The government filed its response on February 17, 2013. (Doc 104)

On March 26, 2013, the Court determined it would be appropriate to have counsel appointed to represent Mr. Knanishu and the Court appointed the undersigned on April 1,

1

2013. Pursuant to the Court's order of March 26, 2013 (Doc 105), the Reply Brief is currently due on April 25, 2013. Counsel needs additional time to research and prepare the reply brief.

I, KRISTA HART, declare that:

1. I am an attorney licensed to practice in the state of California and I am appointed to represent Mr. Knanishu in the case referenced above.

2. Since being appointed on April 1, 2013, I have obtained the transcripts of the Change of Plea hearing and the Judgment and Sentencing hearing in federal court. I have ordered a copy of the transcript of the Judgment and Sentencing hearing in state court, but that has not yet been made available.

3. I have communicated with Mr. Knanishu by mail, but I have more questions for him. This is a somewhat time consuming process. I am hoping to set up a confidential legal telephone call in the near future, but I want to do that *after* I have received and reviewed all the relevant transcripts.

4. I am requesting additional time to obtain the state court transcript, to discuss the issues with Mr. Knanishu and to prepare and file the Reply Brief.

5. I have exchanged emails with Assistant US Attorney Todd Leras and he has no objection to this request for an extension of time.

DATED: April 23, 2013

                                                 */s/ Krista Hart*
                                               Seeking appointment for
                                               Kenneth Knanishu

**<u>ORDER</u>**

GOOD CAUSE APPEARING defendant's request for an extension of time to file the Reply Brief is granted. The Reply Brief is due on or before May 28, 2013.

DATE: April 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3