Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Kenneth Knanishu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH KNANISHU,

    Defendant.

Cr.S. 05-105 WBS

ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that defendant's unopposed motion to withdraw his petition filed pursuant to 28 U.S.C. § 2255 (Doc 94), be, and the same hereby is, GRANTED, and the petition is hereby deemed withdrawn.

DATED: July 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE