**FILED**

SEP 29 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KENNETH KNANISHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENNETH KNANISHU, ) <br> ) <br> Defendant. ) <br> _____ ) | Case №:2:05-cr-0105-WBS <br><br> **RELEASE ORDER** |

The matter coming before the Court on the Defendant's oral motion for release. It is ordered that the Defendant, Kenneth Knanishu, be released forthwith on the above captioned case. The Defendant is ordered to appear at the U.S. Probation Office on the Second Floor of the Federal Courthouse as soon as released or by the following day if released after hours. The Defendant is ordered to appear in court before the Honorable William B. Shubb, U.S. District Judge on October 14, 2014 at 9:30 a.m. The Defendant is ordered to comply with all conditions

///

///

///

///

of supervised release as imposed by the Court's oral order imposing sentence dated October 15, 2007. The Defendant is ordered released forthwith. Defendant shall live with his sister, Joan Pool.

Dated: September 29, 2014

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Distribution:
USMS
USAO
FPDO