1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   KENNETH KNANISHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:05-cr-105 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | ) ) | DATE: January 12, 2015 |
| KENNETH KNANISHU, | ) ) | TIME: 9:30 a.m. JUDGE: Hon. William B. Shubb |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN FOGERTY, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for defendant KENNETH KNANISHU, that the admit/deny hearing date of December 8, 2014 be vacated, and the matter be set for an admit/deny hearing on January 12, 2015 at 9:30 a.m.

The reason for this continuance is that state parole has taken the defendant into custody on a technical violation and the parties need time to assess the circumstances.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 12, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order            -1-

Dated: December 5, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
KENNETH KNANISHU

Dated: December 5, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas Beevers for*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 8, 2014 admit/deny hearing be continued to January 12, 2015, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 12, 2015 admit/deny hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated:  December 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order         -2-