UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 20, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH KNANISHU,

Defendant.

Case No. 2:05-cr-00105-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KENNETH KNANISHU, Case No. 2:05-cr-00105-WBS, from custody to serve his previously imposed term of supervised release, under the previously imposed terms and conditions, with the addition of 3 new terms of conditions, attached hereto.

Issued at Sacramento, California on January 20, 2015 at 1:54 p.m.

By: _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10. The defendant shall remain at his chosen and pre-approved residence each day between 10 pm and 6am, unless given permission in advance by the probation officer to ~~sleep somewhere~~ else. [handwritten: stay] [handwritten: during that time.]

11. The defendant shall report in person to the United States Probation office each Wednesday between 1pm and 3pm, unless excused in advance.

12. The defendant shall keep a written journal of daily activities specifying date, time, location and purpose of his whereabouts and provide written journal each week to the probation officer.