# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KENNETH KNANISHU**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:05CR00105-01**<br><br>Doug Beevers, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ] admitted guilt to violation of charges___ as alleged in the amended violation petition filed on_____.

[✔] was found in violation of condition(s) of supervision as to charge(s) 2 and 3 after denial of guilt, as alleged in the violation petition filed on January 15, 2015.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Failure to Report to the Probation Officer as Directed | 12/22/2014 and 12/29/21014 |
| 3 | Failure to Follow Instructions of the Probation Officer | 12/22/2014 through 01/17/2015 |

The court: [ ] revokes: [x] modifies: [✔] continues under same conditions of supervision heretofore ordered on 10/15/2007, with the three additional conditions as noted below.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge 1 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 20, 2015
Date of Imposition of Sentence

*/s/ William B. Shubb*
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

January 23, 2015
Date

# ADDITIONAL SPECIAL CONDITIONS OF SUPERVISION

10. The defendant shall remain at his chosen and pre-approved residence each day between 10:00 pm and 6:00 am, unless given permission in advance by the probation officer to stay somewhere else during that time;

11. The defendant shall report in person to the United States Probation office each Wednesday between 1:00 pm and 3:00 pm, unless excused in advance; and

12. The defendant shall keep a written journal of daily activities specifying date, time, location and purposed of his whereabouts and provide a written journal each wee to the probation officer.