| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | KENNETH KNANISHU |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:05-cr-105 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) TO CONTINUE DISPOSITION HEARING |
| v. | ) |
| | ) |
| KENNETH KNANISHU, | ) Date: December 3, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian A. Fogerty, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Kenneth Knanishu, that the disposition hearing scheduled for December 3, 2018, at 9:00 a.m., be vacated and the matter continued to April 1, 2019, at 9:00 a.m. The government has no objection to this request.

Defense counsel requires additional time to conduct further investigation regarding potential mitigation. Defendant Kenneth Knanishu has obtained housing and is working closely with VA staff.

///

///

///

///

Stipulation and Proposed Order            -1-

| | | |
|---|---|---|
| 1 | DATED: November 26, 2018 | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender |
| 6 | | Attorney for KENNETH KNANISHU |
| 7 | | |
| 8 | DATED: November 26, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Brian A. Fogerty*<br>BRIAN A. FOGERTY<br>Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The December 3, 2018 disposition hearing shall be continued until April 1, 2019, at 9:00 a.m.

Dated: November 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE