HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH KNANISHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-105 WBS |
| Plaintiff, | RELEASE ORDER |
| v. | |
| KENNETH KNANISHU, | |
| Defendant. | |

IT IS HEREBY ORDERED, the Court, having considered the parties' positions, and good cause appearing therefrom, the Defendant **KENNETH KNANISHU** is ORDERED RELEASED subject to all original conditions of supervised release which are attached as Exhibit A and the following conditions. The Defendant shall appear at 9:00 a.m. on June 3, 2019 before Senior Judge William B. Shubb, in Courtroom 5, 14th Floor. The Defendant shall obey the following additional conditions: 13) The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

Dated: April 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order         -1-

Exhibt A

AO 245C-CAED (Rev. 6/05) Amended Judgment in a Criminal Case - Sheet 3 - Supervised Release
Case 2:05-cr-00105-WBS   Document 119   Filed 07/02/13   Page 4 of 6

CASE NUMBER:      2:05CR00105-01                                              Judgment - Page 4 of 6
DEFENDANT:        KENNETH KNANISHU; aka Ken Kanash

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release;

2. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient);

3. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month;

4. The defendant shall not possess or use a computer or any other device that has access to any on-line computer service. This includes any Internet service provider, bulletin board system, or any other public or private computer network;

5. The defendant shall have no contact with children under the age of 18 unless approved by the probation officer in advance. The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18. This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly with children under the age of 18;

6. The defendant shall (a) consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of any computer equipment or device that has an internal or external modem which may include retrieval and copying of all data from the computer or device and any internal or external peripherals to ensure compliance with conditions and/or removal of such equipment for purposes of conducting a more thorough inspection; and (b) consent at the direction of the probation officer to having installed on the computer or device, at defendant's expense, any hardware or software systems to monitor the computer or device's use;

7. The defendant shall not possess, own, use, view, read, or frequent places with any sexually explicit material in any form that depicts children under the age of 18. Sexually explicit conduct is defined at 18 USC 2256(2) and means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person under the age of 18;

8. The defendant shall provide all requested business/personal phone records to the probation officer. The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers. The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider; and

9. The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, computer voice stress analysis (CVSA), and/or ABEL assessment] as approved and directed by the probation officer and as recommended by the assigned treatment provider.

## ADDITIONAL SPECIAL CONDITIONS OF SUPERVISION

10. The defendant shall remain at his chosen and pre-approved residence each day between 10:00 pm and 6:00 am, unless given permission in advance by the probation officer to stay somewhere else during that time;

11. The defendant shall report in person to the United States Probation office each Wednesday between 1:00 pm and 3:00 pm, unless excused in advance; and

12. The defendant shall keep a written journal of daily activities specifying date, time, location and purposed of his whereabouts and provide a written journal each wee to the probation officer.